AO 241 (Rev. 06/13)                                                                                                                 Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Of Massachusetts |
|---|---|

| Name (under which you were convicted): (Nantucket Superior Court) Vs. Jorge Adames-Garcia W109747 | Docket or Case No.: 1575CR0004-1,2,3 |
|---|---|

| Place of Confinement: NCCI-GARDNER, 500 Colony rd. PO Box 466, Gardner MA 01440 | Prisoner No.: W109747 |
|---|---|

| Petitioner (include the name under which you were convicted) Jorge Adames-Garcia | v. | Respondent (authorized person having custody of petitioner) Matthew Divris (Superintendent) |
|---|---|---|

| The Attorney General of the State of |
|---|

### PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    Nantucket Superior Court
    Town and County Bldg,, 16 Broadd St.,
    P.O. Box 967
    Nantucket, Mass. 02554

    (b) Criminal docket or case number (if you know): 1575CR0004-1,2,3,

2.  (a) Date of the judgment of conviction (if you know): May 17, 2017

    (b) Date of sentencing: May 17, 2017

3.  Length of sentence: 15 to 18 and 10 years probation

4.  In this case, were you convicted on more than one count or of more than one crime?  ☒ Yes   ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:

    Kidnapping, Rape, Agravated During Commission of Felony

6.  (a) What was your plea? (Check one)

    ☒ (1) Not guilty        ☐ (3) Nolo contendere (no contest)
    ☐ (2) Guilty            ☐ (4) Insanity plea

FILED IN CLERKS OFFICE 2021 JUN 17 AM 11:50 U.S. DISTRICT COURT DISTRICT OF MASS.

AO 241 (Rev. 06/13)                                                                                           Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

I did not plea guilty of the charges

(c) If you went to trial, what kind of trial did you have? (Check one)

    x☒ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☒ Yes    ☐ No

8. Did you appeal from the judgment of conviction?

    ☒ Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court: Nantucket Superior Court

(b) Docket or case number (if you know): No..1575CR0009

(c) Result: DENIED

(d) Date of result (if you know): May 1st., 2019

(e) Citation to the case (if you know): 486 Mass. 1111

(f) Grounds raised: The Denial of change the venue from the island to another courthouse outside the island of Nantucket. Wheter, in circumstances where a number of jurors admittedly were esposed to extraneous influences and at least one volunteered or at least permitted inquire as to wheter the jurors' deliberations were affected, rather than jury. -

(SEE FURTHER EXPLANATION ON PLAINTIFF'S MEMORANDUM OF LAW).

(g) Did you seek further review by a higher state court?   ☒ Yes   ☐ No

    If yes, answer the following:

    (1) Name of court: APPEALS COURT - BOSTON

    (2) Docket or case number (if you know): - 19-P-1746

    (3) Result: Denied

    (4) Date of result (if you know): NOVEMBER 19, 2020

AO 241 (Rev. 06/13)

Page 4

(5) Citation to the case (if you know): 486 Mass. 1111

(6) Grounds raised:

1. Whether, in circumstances where a number of jurors admittedly were exposed to extraneous influences and at least one volunteered that deliberations were affected, the court should have required or at least permitted to inquire as to wheter the jurors' deliberations were affected, rather than on the probable effect of the extraneous facts on a hypothetical average jury.— The denied of change of venue.

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☒ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:      N/A

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☒ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Supreme Judicial Court - Boston, Mass.

(2) Docket or case number (if you know): FAR -27976

(3) Date of filing (if you know): January 15, 2021

(4) Nature of the proceeding: For Further Appellate Review

(5) Grounds raised: The same grounds as above on the appeals Court

SEE SUPPORTING MEMORANDUM OF LAW ATTACHED.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☒ Yes  ☐ No

(7) Result: Denied

(8) Date of result (if you know): I don't know - But after revies it appears denial on January 15, 2021.

AO 241 (Rev. 06/13)                                                                                                              Page 5

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

> SEE MEMORANDUM OF LAW ATTACHED
> AFTER FURTHER APPEAL REVIEW THERE WERE NO MORE APPEAL ON THE CASE AT BAR.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result:   **N/A**

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:   **N/A**

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

> SEE MEMORANDUM OF LAW ATTACHED

AO 241 (Rev. 06/13)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result:    **N/A SEE MEMORANDUM OF LAW ATTACHED**

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☐ Yes    ☐ N/A    Appeal
(2) Second petition:   ☐ Yes    ☐ No    SEE MEMORANDUM OF LAW
(3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

**N/A FAR WAS ON THE SUPREME JUDICIAL COURT**

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.    **SEE MEMORANDUM OF LAW**

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:    JURURS' COMMUNICATING TO INTERNET ABOUT THE CASE**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

**JURY TESTIMONY**

(b) If you did not exhaust your state remedies on Ground One, explain why:

**My Claims were exhausted**
**THE PETITIONER DID EXHAUSTE STATE REMEDIES**


AO 241 (Rev. 06/13)   Page 7

(c) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

   (2) If you did not raise this issue in your direct appeal, explain why:

   SEE MEMORANDUM OF LAWS AND PROPER DOCUMENTATIONS

(d) Post-Conviction Proceedings:

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   ☒ Yes   ☐ No

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: RULE 30.   SEE ATTACHMENT MEMORANDUM OF LAW

   Name and location of the court where the motion or petition was filed:

   SEE MEMORANDUM OF LAWS AND PROPER DOCUMENTATION

   Docket or case number (if you know):

   Date of the court's decision:

   Result (attach a copy of the court's opinion or order, if available):

   SEE MEMORANDUM OF LAWS AND PROPER DOCUMENTATION

   (3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No
   (4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No
   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No
   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed:

   SEE MEMORANDUM OF LAW AND PROPER DOCUMENTATION

   Docket or case number (if you know):

   Date of the court's decision:

   Result (attach a copy of the court's opinion or order, if available):

   SEE MEMORANDUM OF LAW AND PROPER DOCUMENTATION

   (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

   N/A

AO 241 (Rev. 06/13)

Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

NO OTHER REMEDIES AVAILABLE AFTER THE APPEALS PROCESS. SEE MEMORANDUM OF LAW.

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

SEE MEMORANDUM OF LAW

(b) If you did not exhaust your state remedies on Ground Two, explain why:

SEE MEMORANDUM OF LAW

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: POST CONVICTION MOTION

Type of motion or petition: Superior Court, Appeals Court and Supreme Court (FAR)

Name and location of the court where the motion or petition was filed:

SEE MEMORANDUM OF LAW

Docket or case number (if you know):

Date of the court's decision:

AO 241 (Rev. 06/13)                                                                                                        Page 9

Result (attach a copy of the court's opinion or order, if available):

SEE RECORD ON MEMORANDUM OF LAW

(3) Did you receive a hearing on your motion or petition?                                    ☐ Yes    ☐ No
                                                                          N/A
(4) Did you appeal from the denial of your motion or petition?                               ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?      ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):                      See Memorandum of Law & Records

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):        N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

                                                N/A

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two

                                                NO OTHER PROCEDURES

**GROUND THREE:**    N/A/

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

SEE MEMORANDUM OF LAW

(b) If you did not exhaust your state remedies on Ground Three, explain why:

        **N/A**

(c)    **Direct Appeal of Ground Three:**       **N/A**

    (1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**     **SEE MEMORANDUM OF LAW**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes   ☐ No

                            **N/A**

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:         **N/A**

    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion or petition?   **N/A**   ☐ Yes   ☐ No

    (4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):     **See Memorandum of Law**

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

N/A

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

THERE WERE NO GROUND FOUR

(b) If you did not exhaust your state remedies on Ground Four, explain why: N/A

(c) **Direct Appeal of Ground Four:** N/A

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:** N/A

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

AO 241 (Rev. 06/13)

Page 12

Name and location of the court where the motion or petition was filed:

N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  N/A  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):  N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

N/A

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☒ Yes   ☐ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

    N/A

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☒ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

    N/A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☒ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

    N/A

AO 241 (Rev. 06/13)

Page 14

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Attorney Claudia Lagos Esq.

(b) At arraignment and plea:   "   "   "   "

(c) At trial:   "   "   "   "

(d) At sentencing:   "   "   "   "

(e) On appeal: Attorney Dana Alan on Appeal

(f) In any post-conviction proceeding:   "   "   "   "

(g) On appeal from any ruling against you in a post-conviction proceeding:

Attorney Dana Alan on Appeals and Post Conviction.

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☒ Yes   ☐ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

10 years probation from sentence - Nantucket Superior Court

(b) Give the date the other sentence was imposed: May 17, 2017

(c) Give the length of the other sentence: 15 to 18 years sentence & 10 years probation

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☒ Yes   ☐ No   I am filing now a Federal Habeas Corpus

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

My Application of Fed. Habeas Corpus is within the time frame that is required.

AO 241
(Rev. 06/13)

Page 15

### SEE MEMORANDUM OF LAW ATTACHED TO THE HABEAS CORPUS

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

         (A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

         (B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

         (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

         (D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

To vacate the sentence and return to the Massachusetts Court for a New Trial outside the Nantucket Superior Court.

or any other relief to which petitioner may be entitled.

CHANGE OF VENU

ACTING PRO-SE
_____
Signature of Attorney (if any)

JORGE ADAMES-GARCIA #W-109747
NCCI - GARDNER, P.O. Box 466
500 Colony Rd., Gardner, MA 01440

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on  June , 2021  (month, date, year).

Executed (signed) on  June , 2021  (date).

_____
Signature of Petitioner
JORGE ADAMES-GARCIA #W-109747 PRO-SE

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

N/A/

AO 241 (Rev. 06/13)                                                                                                                              Page 1

# Petition for Relief From a Conviction or Sentence By a Person in State Custody

(Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

## Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $ _____ , you must pay the filing fee.

7. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8. When you have completed the form, send the original and ____ copies to the Clerk of the United States District Court at this address:

    Clerk, United States District Court for
    Address
    City, State Zip Code

9. **CAUTION:** You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

10. **CAPITAL CASES:** If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.